**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gerardo SOSA, Defendant–Appellant.**

No. 06–41221
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 20, 2007.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Jon Karl Schmid, Law Office of Jon Karl Schmid, Brownsville, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DENNIS, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Gerardo Sosa has moved for leave to with-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

draw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sosa has filed a response and a motion to proceed pro se. Our independent review of the record, counsel's brief, and Sosa's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

*See* 5TH CIR. R. 42.2. The motion to proceed pro se is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.